# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | | |
|---|---|---|
| **IN RE POLYESTER STAPLE** | ) | |
| **ANTITRUST LITIGATION** | ) | **MDL DOCKET NO: 3:03CV1516** |
| _____) | | *Civil Docket No.: 3:03CV402* |
| | | |
| **RUSSELL CORPORATION,** | ) | |
|        **Plaintiff,** | ) | |
| | ) | |
|        **vs.** | ) | |
| | ) | |
| **WELLMAN, INC., et al.,** | ) | |
|        **Defendants.** | ) | |
| _____) | | |

      **THIS MATTER** comes before the Court on the joint motion of Plaintiff Russell

Corporation ("Russell"), and Defendant Wellman, Incorporated ("Wellman") to dismiss

Defendant Wellman with prejudice. (*MDL Individual Action No.: 3:03CV402*) Russell does

not seek to dismiss any other claims or parties.

      **IT IS HEREBY ORDERED** that the parties' joint motion is **GRANTED**. Accordingly,

Defendant Wellman is **DISMISSED WITH PREJUDICE**. Pursuant to the parties'

agreement, each party is to bear its own costs.

**Signed: September 28, 2005**

Richard L. Voorhees
United States District Judge

**Signed: September 29, 2005**

Richard L. Voorhees
United States District Judge

**Signed: September 29, 2005**

Richard L. Voorhees
United States District Judge

**Signed: September 29, 2005**

Richard L. Voorhees
United States District Judge

**Signed: September 29, 2005**

Richard L. Voorhees
United States District Judge